IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| BARRY ROBERT MCGIBONEY, | * |
| Plaintiff, | * |
| v. | Case No. 3:25-cv-00119-TES-AGH |
| | * |
| SHERIFF KEITH BROOKS, et al | * |
| Defendants. | * |
| | * |

**J U D G M E N T**

Pursuant to this Court's Order dated November 19, 2025, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case without prejudice.

This 19th day of November, 2025.

David W. Bunt, Clerk

s/ Angelica E. Niccolai, Deputy Clerk